IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **M-I LLC,**<br><br>　　　　　　**Plaintiff,**<br>v.<br><br>**FPUSA, LLC,**<br><br>　　　　　　**Defendant.** | **CIVIL ACTION NO. 5:15-CV-406**<br><br>*Jury Trial Requested* |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff M-I LLC ("M-I") brings this Complaint for Patent Infringement against Defendant FPUSA, LLC ("FP") and shows the following:

### PARTIES

1. Plaintiff M-I is a limited liability company existing and organized under the laws of the State of Delaware and registered to do business in the State of Texas. It has a principal place of business at 5950 North Course Drive, Houston, Texas 77072.

2. Defendant FP is a limited liability company existing and organized under the laws of the State of Texas and registered to do business in the State of Texas. FP has a principal place of business at 745 North Hwy 123 Bypass, Ste. B, Seguin, Texas 78155 and maintains an operating facility at 10314 WCR 72, Midland, Texas 79707. FP can be served through its registered agent, CT Corporation System, 1999 Bryan Ste. 900, Dallas, Texas 75201.

### NATURE OF THIS ACTION

3. This is an action for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code.

## JURISDICTION AND VENUE

4. This Court has exclusive subject matter jurisdiction over this lawsuit under 28 U.S.C. §§ 1331 and 1338(a), because it arises under the Patent Laws of the United States.

5. This Court has personal jurisdiction over FP because it is registered to do business in the State of Texas and has sufficient contacts in the Western District of Texas.

6. Venue is proper in this Court under 28 U.S.C. § 1391 and § 1400 because FP resides within the Western District of Texas.

## COUNT I

### INFRINGEMENT OF U.S. PATENT NO. 9,004,288

7. M-I realleges and incorporates herein by reference the allegations in each of the preceding paragraphs as if fully set forth herein.

8. M-I has invested substantial time and money in research and development in the area of improving the separation of drilling fluids from cuttings and other solids in a slurry and thereby recovering drilling fluid for re-use in the field.

9. As part of these efforts, on September 29, 2006, M-I filed a provisional application with the United States Patent and Trademark Office describing drilling fluid recovery systems. On April 14, 2015, the United States Patent and Trademark Office duly and legally issued United States Patent No. 9,004,288 ("the '288 Patent"), which claims priority to the provisional application. A copy of the '288 Patent is attached as **Exhibit A**.

10. M-I is the assignee and owns all right, title, and interest to the '288 Patent.

11. M-I has products covered by one or more of the claims of the '288 Patent, such as M-I's recently commercialized Screen Pulse System.

12. FP makes, uses, offers to rent or sell, and/or rents or sells within the United States drilling fluid recovery systems, including the Vac-Screen System (VSS), VSS-PLUS, and VSS-Lite (collectively, "Vac-Screen Systems"). Upon information and belief, the Vac-Screen Systems directly compete with M-I's Screen Pulse System.

13. Upon information and belief, there are no other competitors making, using, offering to rent or sell, and/or renting or selling within the United States, a drilling fluid recovery system covered by one or more claims of the '288 Patent.

14. FP's Vac-Screen Systems and the use of FP's Vac-Screen Systems are covered by one or more claims of the '288 Patent.

15. FP directly infringes the '288 Patent by making, using, offering to rent or sell, and/or renting or selling the Vac-Screen Systems within the United States.

16. FP is actively inducing others to infringe and is contributing to the infringement of the '288 Patent by making, using, offering to rent or sell, and/or renting or selling the Vac-Screen Systems within the United States.

17. As a direct and proximate result of FP's acts of infringement of the '288 Patent, M-I has suffered and will continue to suffer economic injury and damages and is entitled to relief under 35 U.S.C. § 284.

18. FP will continue to infringe the '288 Patent unless enjoined by this Court. As a direct and proximate result of FP's acts of infringement of the '288 Patent, M-I has suffered, and will continue to suffer, irreparable harm for which there is no adequate remedy at law. M-I is entitled to preliminary and permanent injunctive relief under 35 U.S.C. § 283.

19. The facts and circumstances surrounding the subject of this lawsuit make this an "exceptional case" under 35 U.S.C. § 285 and as such, M-I is entitled to recover its attorney fees under 35 U.S.C. § 285.

## PRAYER FOR RELIEF

M-I respectfully asks this Court to summon FP to appear and answer this Complaint, and after being heard on the merits, grant judgment in favor of M-I as follows:

(a) Find FP liable for direct infringement of the '288 Patent;

(b) Find FP liable for indirect infringement of the '288 Patent;

(c) Enjoin FP through a preliminary and permanent injunction, from infringing the '288 Patent for the full term thereof, and from inducing or contributing to such activities;

(d) Award M-I just compensation for FP's infringement of the '288 Patent;

(e) Award M-I reasonable and necessary costs and attorney fees; and

(f) For a judgment and an award of such other and further relief as the Court may deem just and proper.

## JURY DEMAND

In accordance with Fed. R. Civ. P. 38 and 39, M-I asserts its rights under the Seventh Amendment to the United States Constitution and demands a trial by jury on all issues that may be so tried.

DATED: May 15, 2015                                  Respectfully submitted,

/s/ *John R. Keville*
John R. Keville
Attorney-in-Charge
Texas State Bar No. 00794085
jkeville@winston.com
Michelle C. Replogle *(Pro Hac Vice Pending)*
Texas State Bar No. 24034648
mreplogle@winston.com
WINSTON & STRAWN, LLP
1111 Louisiana, 25TH Floor
Houston, TX 77002
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

/s/ *Ted D. Lee*
Ted D. Lee
Texas State Bar No. 12137700
tlee@gunn-lee.com
Gunn, Lee & Cave, P.C.
300 Convent St., Suite 1080
San Antonio, TX 78205
Telephone: (210) 886-9500
Facsimile: (210) 886-9883

ATTORNEYS FOR PLAINTIFF,
M-I LLC