IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| M-I LLC,<br><br>      Plaintiff,<br>v.<br><br>FPUSA, LLC,<br><br>      Defendant. | CIVIL ACTION NO. 5:15-CV-00406-DAE<br><br>*Jury Trial Requested* |

## NOTICE OF FILING BOND

In the "Amended Order Granting Plaintiff's Motion for Preliminary Injunction on Remand from the United States Court of Appeals for the Federal Circuit" dated November 4, 2015, Plaintiff was ordered to post a bond in the amount of ten million dollars ($10,000,000.00) for the preliminary injunction to take effect.

Attached hereto as Exhibit A, Plaintiff M-I LLC posts a bond in the amount of ten million dollars ($10,000,000.00) with Liberty Mutual Insurance Company as the surety.

DATED: November 5, 2015

                                        Respectfully submitted,

                                        */s/ Ted D. Lee*
                                        Ted D. Lee
                                        Texas State Bar No. 12137700
                                        tlee@gunn-lee.com
                                        Gunn, Lee & Cave, P.C.
                                        300 Convent St., Suite 1080
                                        San Antonio, TX  78205
                                        Telephone:  (210) 886-9500
                                        Facsimile:  (210) 886-9883

                                        ATTORNEYS FOR PLAINTIFF,
                                        M-I LLC

## CERTIFICATE OF SERVICE

      I hereby certify that on November 5, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Stephen B. Crain
Sean Gorman
Andrew W. Zeve
Christopher L. Dodson
John A. Yates
BRACEWELL & GIULIANI LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
Email: Stephen.crain@bgllp.com
Sean.gorman@bgllp.com
Andrew.zeve@bgllp.com
Chris.dodson@bgllp.com
Jay.Yates@bgllp.com

Richard C. Danysh
BRACEWELL & GIULIANI LLP
300 Covent Street, Suite 1500
San Antonio, Texas 78205
Email: richard.danysh@bgllp.com

Douglas F. Stewart
BRACEWELL & GIULIANI LLP
701 Fifth Ave., Suite 6200
Seattle, WA 98104-6271
Email: doug.stewart@bgllp.com

ATTORNEYS FOR DEFENDANT
FPUSA, LLC

John R. Keville
Attorney-in-Charge
Texas State Bar No. 00794085
jkeville@winston.com
Michelle C. Replogle
Texas State Bar No. 24034648
mreplogle@winston.com
Joshua L. Collins
Texas State Bar No. 24094594
jcollins@winston.com
Robert L. Green
Texas State Bar No. 24087625
rlgreen@winston.com
WINSTON & STRAWN, LLP
1111 Louisiana, 25TH Floor
Houston, TX 77002
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

ATTORNEYS FOR PLAINTIFF
M-I, LLC

                              */s/ Ted D. Lee*
                              Ted D. Lee